UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| METROPARK USA, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>METROPARK.NET<br><br>　　　　　　Defendant. | Civil Action No. :1:10cv87 JCC/TCB |

**CERTIFICATE OF SERVICE**

　　　I, Amna Arshad, hereby certify that on this 29th day of January, 2010, I caused true and correct copies of the Verified Complaint and Corporate Disclosure Statement to be served by overnight courier upon the addresses listed below:

| | |
|---|---|
| Attn: Legal Dept.<br>VeriSign, Inc.<br>21345 Ridgetop Circle<br>Lakeside II<br>Dulles, VA 20166 | Attn: Legal Dept.<br>Moniker Online Services, LLC<br>20 SW 27th Ave., Suite 201<br>Pompano Beach, FL 33069 |

　　　Additionally, I, Amna Arshad, hereby certify that on this 29th day of January, 2010, I caused true and correct copies of the Verified Complaint and Corporate Disclosure Statement to be served by overnight courier and via e-mail upon the registrant of the domain name <metropark.net> at the addresses listed below, which were obtained from the WHOIS domain name registration records for the <metropark.net> domain name:

| | |
|---|---|
| Domain Administrator, 2@2220.com<br>P.O. Box No. 71826, KCPO Central<br>HONK KONG [*sic*]<br>00000<br>HK | Moniker Privacy Services<br>METROPARK.NET@domainservice.com<br>Moniker Privacy Services<br>20 SW 27th Ave., Suite 201<br>Pompano Beach, FL 33069 |

　　　　　　　　　　　　　　　　　　　　　　　　 _/s/ Amna Arshad_____
　　　　　　　　　　　　　　　　　　　　　　　　Amna Arshad

163572.1