

FILED
FEB 18 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| METROPARK USA, INC.<br><br>                           Plaintiff,<br>v.<br><br>METROPARK.NET<br><br>                           Defendant. | No.: 1:10-cv-87 – JCC/TCB |

## ORDER TO PUBLISH NOTICE OF ACTION PURSUANT TO § 1125(d)(2)(A)(ii)(bb)

Upon consideration of Plaintiff's Motion for an Order Confirming Service or to Publish Notice of Action, IT IS HEREBY ORDERED:

1. That a copy of this Order be published in *The Washington Times* once within 14 days after the entry of this Order and that an affidavit shall be filed on Plaintiff's behalf, no later than 20 days after the entry of this Order, describing the steps Plaintiff has taken to comply with this Order.

2. That the domain name <metropark.net> is hereby notified that:

    a. Plaintiff has alleged in a Complaint that the domain name <metropark.net> violates the Anticybersquatting Consumer Protection Act ("ACPA"). A copy of the Complaint may be obtained from Plaintiff's counsel, Walter Williams, at WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 8444 Westpark Drive, Suite 510, McLean, VA 22102-5102, with the phone number (703) 245-9300.

    b. In the event that Plaintiff prevails against the domain name under the ACPA, remedies could include the forfeiture of the domain name or the transfer of the domain name to Plaintiff.

164380.1

  c. Any answer or response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia, 22314-5798, within twenty (20) days from the date of publication of this Order in *The Washington Times*. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against the domain name which could include the forfeiture or cancellation of the domain name or the transfer of the domain name to Plaintiff.

Entered this 18th day of February, 2010.

                /s/
                Theresa Carroll Buchanan
                United States Magistrate Judge

164380.1